IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| THE ESTATE OF MALGA HARUN YANGA By Co-Administrators HARUN YANGA MALGA and SARA NIMIR JACKA,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF IOWA, et al.,<br><br>Defendants. | Case No. 4:26-cv-00345-SHL-SBJ<br><br>STATE DEFENDANTS' REPORT ON RETENTION OF NEW COUNSEL |

Defendants State of Iowa; Nicholas Kuiper, D.O. ("Dr. Kuiper"); Chase Newton, D.O. ("Dr. Newton"); Rhonda Lanser, n/k/a Rhonda Carpenter; Kelly Beck; David Tate; Kathleen Findley; Jonathan Wolbert; Maria Lopez; and Clayton Halberstadt (collectively "the State Defendants") submit the following Report pursuant to the Court's November 6, 2026 order:

1. Potential substitute counsel has been identified for Defendants David Tate, Kathleen Findley, Jonathan Wolbert, Maria Lopez, and Clayton Halberstadt ("the Correctional Officer Defendants"). Prospective counsel has cleared conflicts, and the firm is reviewing the proposed engagement through its internal approval process.

2. Professional considerations require the undersigned to withdraw from representing the remaining defendants; the Attorney General's Office is working to identify and retain substitute counsel for those defendants.

3. Pursuant to Iowa Code section 13.7(1), Iowa state governmental entities may not contract for legal services to be provided by private counsel unless authorized by

the Executive Council of Iowa. That body's next regular meeting is set for December 7, 2026.

4. The Attorney General's Office anticipates submitting the proposed engagements and supporting materials in time for consideration at that meeting.

5. The State Defendants will file a further status report by December 9, 2026, if substitute counsel has not appeared for all State Defendants by then.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

/s/ Nicholas J. Kilburg
NICHOLAS J. KILBURG
*Assistant Attorney General*

Office of the Attorney General of Iowa
1305 E. Walnut, Second Floor
Des Moines, Iowa 50319
515-281-5164
nicholas.kilburg@ag.iowa.gov
ATTORNEY FOR DEFENDANTS

Copy to:

Molly Hamilton
Hamilton Law Firm, P.C.
molly@hamiltonlawfirmpc.com
ATTORNEY FOR PLAINTIFFS

**Certificate of Service**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery via electronic filing on November 13, 2026.

/s/ *Julie Sander*